UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

Betina Howard, et al.              )
                                   )
     Plaintiff,                    )
                                   )
     v.                            )   NO. 2:10-0009
                                   )   Judge Haynes/Brown
Smith County, Tennessee, et al.    )
                                   )
     Defendants.                   )

### **O R D E R**

The defendants filed a motion for summary judgment with supporting documents on May 20, 2011. (Docket Entry 17). In accordance with the Initial Case Management Order entered August 25, 2010, the Final Pretrial Conference is set before District Judge Haynes in Cookeville on October 7, 2011 and a Jury Trial is set in Cookeville on October 25, 2011.

Inasmuch as there appear to be no further proceedings to be conducted before the Magistrate Judge, the Clerk is **directed** to term the referral and transmit this file to the District Judge.

It is so **ORDERED**.

/S/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge