UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| BETINA CARVER HOWARD a/k/a TINA HOWARD and husband, ANTHONY HOWARD, <br><br> Plaintiffs, <br><br> v. <br><br> SMITH COUNTY, TENNESSEE, RONNIE LANKFORD, individually and in his official capacity as Sheriff of Smith County, Tennessee; CHRIS HUDDLESTON, individually and in his official capacity as an employee of the Smith County Sheriff's Department, <br><br> Defendants. | No. 2:10-0009 <br> Judge Sharp |

## ORDER

For the reasons set forth in the accompanying Memorandum, the Court hereby enters the following rulings:

(1) Defendants' Motion for Summary Judgment (Docket No. 17) is GRANTED with respect to Plaintiffs' federal claims, and Plaintiffs' Fourth and Fourteenth Amendment claims under the United States Constitution are hereby DISMISSED WITH PREJUDICE;

(2) Plaintiffs' state law claims are REMANDED to the Smith County Circuit Court; and

(3) In accordance with these rulings, the Clerk is directed to enter a Judgment in a separate document pursuant to Federal Rule of Civil Procedure 58.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE